## CRABTREE, ET AL. V. NOLAN.

* (Decided June 3, 1908.)

APPEAL from Clay County Court.

Heard before Hon. W. J. PEARCE.

JOHN A. DARDEN, and CORNELIUS & GAY, for appellant. WHATLEY & CORNELIUS, for appellee.

Per curiam. Appeal dismissed on motion.

---

## DUNLAP, ET AL. V. EVERETT, ET AL.

(Decided June 18, 1908.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JOHN PELHAM.

M. M. SMITH, for appellant. JAMES WEATHERLY, and W. S. CRUMP, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## ESHELMAN V. CITY OF BIRMINGHAM.

(Decided April 23, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

E. C. WINSTON, for appellant. E. D. & H. Q. SMITH, for appellee.

Per curiam. Dismissed for want of prosecution.

---

## FOMBY V. CUNDELL LUMBER CO.

(Decided June 3, 1908.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

KNOX, ACKER & BLACKMON, for appellant. MATTHEWS & MATTHEWS, and M. B. EUBANKS, for appellee.

Per curiam. Dismissed for failure to file appeal bond.